555 new

**FILED**

1  **COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983**

2  Name  Rodriguez    Ronnie    R. R.

AUG  7 2008

3  ___(Last)___ ___(First)___ ___(Initial)___

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4  Prisoner Number  T-67385

5  Institutional Address  CSP-SAC

RMW

6  ============================================

7  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**

8  Ronnie Rodriguez

9  (Enter the full name of plaintiff in this action.)    CV   } 08   **3778**

10                              vs.    }   Case No. _____
                                            (To be provided by the Clerk of Court)

11  C/o Snowden and    }   **COMPLAINT UNDER THE**
                              **CIVIL RIGHTS ACT,**
12  officeR casagrande    }   **Title 42 U.S.C § 1983**

13  _____    }   **E-filing**    **(PR)**

14  _____    }

15  (Enter the full name of the defendant(s) in this action)

16  *[All questions on this complaint form must be answered in order for your action to proceed..]*

17  I.    Exhaustion of Administrative Remedies.

18        [**Note:** You must exhaust your administrative remedies before your claim can go

19        forward.  The court will dismiss any unexhausted claims.]

20        A.    Place of present confinement  Folsom  Prison CSP. ASU.

21        B.    Is there a grievance procedure in this institution?

22              YES ( )    NO (X)

23        C.    Did you present the facts in your complaint for review through the grievance

24              procedure?

25              YES ( )    NO (X)

26        D.    If your answer is YES, list the appeal number and the date and result of the

27              appeal at each level of review.  If you did not pursue a certain level of appeal,

28              explain why.

COMPLAINT    - 1 -

1. Informal appeal _____

_____

2. First formal level _____

_____

3. Second formal level _____

_____

4. Third formal level _____

_____

E.  Is the last level to which you appealed the highest level of appeal available to you?

    YES ( )   NO (X)

F.  If you did not present your claim for review through the grievance procedure, explain why. _because There isn't grievance Procedure_

II.  Parties.

A.  Write your name and your present address. Do the same for additional plaintiffs, if any.

_Ronnie Rodriguez T-67385_
_CSP-SAC / A5-111 / P.O. Box 290066_

B.  Write the full name of each defendant, his or her official position, and his or her place of employment.

_____

COMPLAINT      - 2 -

III.    Statement of Claim.

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Two weeks ago while being escorted to my cell from the yard I was assaulted by two corrections officers! One grabbed me by my throat and forced me to book to my left side and then for no reason the other to sprayed me in the eyes with pepper spray! To this day I can't see out my right eye! I feel my Right eye has no more vision to this incident and I can't do what I use to do. I want to File a lawsuit and go though The proc about this issue. Thank you!

IV.    Relief.

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I would like to sue both these officers!

COMPLAINT

- 3 -

1

2

3

4

5    I declare under penalty of perjury that the foregoing is true and correct.

6

7    Signed this _Wednes_ day of _July  23rd_, 20_08_

8

9    _Ronnie Rodriguez_

10                                    (Plaintiff's signature)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT                        - 4 -

those white pills in our cell and we
said those were are Tylenols for are
headaches and back pain and do to my
knee! Now all these inmates that are
in this block don't get their cell
searched only if we give them problems.
Now we don't give these c/o's prob-
lems especialy 3rd watch! Now when
we were coming in the cell we
seen our family pictures thrown all
on the floor they also left our food
in the cell and when we came in
the c/o told me to stand by the stair
well because they said my celle threw
food out the door but he couldn't
have because he was cuffed behind
his back! Now when snowden told my
celle to come out the cell I observed
c/o snowden grab my celle by his throat
now well we were against the wall I
got rough housed by c/o casagranda who
then turned my face toward c/o snowden
and for no reason snowden pepper sprayed
me in the facial area! I then observed
officer moredow approach my celle and throw
him against the wall and he said my
celle tryed to batter him which he
didn't but he wouldn't stop resisting



So C/o snowdan sprayed my celly in the eyes and do to the fumes of the spray my celle had a astma attack and was then taken to the T.T.A. Do to the pepper spray, I have no vision in my right eye, and my celly Also hes blind from the ~~left~~ eye. Please Contact me on this Matter. There Trying To get me and my celly for ~~battery~~ on Peace Officer and There sitting here ~~yelling~~ us in Are Face yeah you guys took A beating and going to get Life that what we wanted ~~because~~ you guys Are trouble we kick back its ~~because~~ one day we Talked to the sgt and ~~gave~~ gave Him Heads up of what was happing in here so from that day they Hated on us.

wittness to this     thank you
Incident   JOHNSON cdc#35

**INMATE/PAROLEE
APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region        Log No:                    Category

1. _SACS_                       1. _____    _____

2. _____                   2. _____    _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| Ronnie Rodriguez | T-67385 | ASU  20P | A5-111 |

A. Describe Problem: At approximatley 16:30 hours when we were outside
on yard we had a issue with some inmates on the
yard C/o casagrande was pumping us up to fight agai-
nst these inmates it was more then a racial
thing because he was saying to me and my celle why
don't we go to the mainline like these inmates
are! Now when we were getting escorted back
to are cell c/o snow was saying what were

If you need more space, attach one additional sheet.

B. Action Requested: What I want done is to write a
complaint of how they treat us! Everyday they
treat us like nobodys! Everyday they say their gona
get us life in prison! And do to this incident! thats what they!

Inmate/Parolee Signature: Ronnie Rodriguez                Date Submitted: 7-13-08

C. INFORMAL LEVEL (Date Received: 7/25/08 )

Staff Response: _____

_____

_____

_____

_____

Staff Signature: _____        Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

_____

_____

Signature: _____        Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed
Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:

[ ]

First Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: _____ Due Date: _____

Interviewed by: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____ Title: _____ Date Completed: _____

Division Head Approved: _____ Returned

Signature: _____ Title: _____ Date to Inmate: _____

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

Second Level    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: _____ Due Date: _____

☐ See Attached Letter

Signature: _____ Date Completed: _____

Warden/Superintendent Signature: _____ Date Returned to Inmate: _____

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

_____

_____

_____

_____

_____

_____

Signature: _____ Date Submitted: _____

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☐ Denied    ☐ Other _____

☐ See Attached Letter

Date: _____

CDC 602 (12/87)



Annie Rodriguez T-67385
SP-SAC
A5-111 P.o. Box 290066
Represa cal. 95671

REC
08 JUL 3
RICHARD
CLERK. U.S.
NORTHERN DIS

Clerk's office United States district
court for the Northern district of CAl.
450 Golden Gate Ave 16 Floor,
San Francisco CAl, 94102

UNITED STATES POSTAGE
$ 00.59°
02 1A
0004609711    JUL 29 2008
MAILED FROM ZIP CODE 95670

